JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. GREEN, CECIL M. GREEN, and RITA M. GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>MONROVIA NURSERY COMPANY, a California corporation,<br><br>Defendant. | **Case No.** 2:18-cv-05257-RGK-GJS<br><br>**JUDGMENT** |

In accordance with the Court's November 5, 2019 Order, it is **ORDERED, ADJUDGED, and DECREED** that:

Judgment is entered against Plaintiffs James M. Green, Cecil M. Green and Rita M. Green, and in favor of defendant Monrovia Nursery Company. No monetary award is made.

**IT IS SO ORDERED.**

DATED: November 5, 2019

_____

Hon. R. Gary Klausner